

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 4, 1971

Honorable Robert S. Calvert                    Opinion No. M-786
Comptroller of Public Accounts
Capitol Station                                Re: Pay for registration of
Austin, Texas 78711                                voters under 21 years of
                                                   age.

Dear Mr. Calvert:

Your request for an opinion asks the following question:

"Your opinion is respectfully requested
whether the Comptroller is required to pay a
county twenty-five cents (25¢) for the registra-
tion of each person under the age of twenty-one
(21) years who is not otherwise qualified to
register under Article 5.10a of the Election
Code."

Article 5.19b, Texas Election Code, provides in part:

"(1) Before April 1 of each year, the
registrar shall submit to the Comptroller of
Public Accounts a certified statement of the
total number of voters registered under Sections
43a and 44a of this Code[1] during the twelve-
month period ending January 31 of the year in
which the statement is submitted.

"(2) Before June 1 of the year in which
the statement is submitted, the Comptroller
shall issue a warrant to each county in the

---

[1]Articles 5.11a and 5.12a of the Texas Election Code providing
for annual registration of qualified voters.

-3827-

amount of Twenty-five Cents (25¢) multiplied by the total number of voters registered as shown by the certified statement required by subsection (1) of this Section. However, the Comptroller may, before issuing a warrant, require satisfactory proof of the number of voters registered in the county during the twelve-month period mentioned in subsection (1) of this Section.
. . ."

In U. S. v. Arizona, ___U.S.___, 91 S. Ct. 260 (1970), the United States Supreme Court upheld the power of Congress to change the legal voting age to 18 years, applicable only to Federal elections. The legal effect of this decision is to remove from the qualifications for eligible voters in Federal elections only the 21-year age requirement. It is therefore our opinion that a person under the age of 21, who nevertheless is eligible to vote in Federal elections, constitutes a qualified voter who may register for voting in Federal elections and such individuals are to be included in the "total number of voters registered."

You are therefore advised that the Comptroller is required to pay a county 25¢ for the registeration of each person under the age of 21 years who has registered for voting in Federal elections only.

## S U M M A R Y

The Comptroller is required to pay a county 25¢ for the registration of each person under the age of 21 years who has registered for voting in Federal elections only.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Charles Parrett
Max Hamilton
Malcom  Smith
William J. Craig

MEADE F. GRIFFIN
Staff Legal Assistant.

NOLA.WHITE
First Assistant

ALFRED WALKER
Executive Assistant